FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY FRANCIS MATLOCK,<br><br>    Defendant. | No. 2:22-CR-00159-SAB<br><br>**ORDER DISMISSING INDICTMENT** |

Before the Court is the United States' Motion to Dismiss the Indictment With Prejudice, ECF No. 70. The United States is represented by Michael Ellis and Richard Barker. Defendant is represented by Roger Peven. The motion was considered without oral argument.

The United States requests the Court dismiss the Indictment, ECF No. 1, with prejudice. The Court grants the motion.

//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss the Indictment With Prejudice, ECF No. 70, is **GRANTED**.

2. The Indictment, ECF No. 1, is dismissed **with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 9th day of December 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT \*2**